## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

AMANDA SCOTT                                                    PLAINTIFF

V.                          NO. 4:22-cv-783-LPR-ERE

DOES                                                          DEFENDANTS

### RECOMMENDED DISPOSITION

### I.    Procedure for Filing Objections

This Recommendation for the dismissal of Ms. Scott's claims has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.    Discussion

Patricia Jimenz, an inmate at the Yell County Jail, filed this lawsuit *pro se* under 42 U.S.C. § 1983, on behalf of herself and five other inmates, including Plaintiff Amanda Scott. *Doc. 1*. Pursuant to Court policy, the Court opened six different lawsuits, including this one for Ms. Scott.

On September 27, 2022, mail sent to Ms. Scott from the Court was returned as undeliverable. *Doc. 5.*

On September 29, 2022, the Court ordered Ms. Scott to notify the Court of her current address within 30 days or risk dismissal of his complaint. *Doc. 6.* To date, she has not responded to the Court's September 29 Order, and the time to do so has passed.

Ms. Scott has failed to inform the Court of her current address, as required by this Court's Initial Order (*Doc. 2*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Ms. Scott regarding his lawsuit.

## III.  <u>Conclusion</u>

IT IS THEREFORE RECOMMENDED THAT:

1.  Mr. Scott's claims be DISMISSED, without prejudice, based on her failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's September 29 Order; (3) update her address; and (4) prosecute this lawsuit.

2.  The Clerk be instructed to close this case.

Dated this 31st day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE